VICTOR DRUZIAKO, ESQUIRE
Law Office of Victor Druziako, P.C.
1841 West Landis Avenue
Vineland, NJ  08360
(856)692-7474
Attorney for Debtors, Gregory R. Cooke and Alicia Rodriguez

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| Gregory R. Cooke and Alicia Rodriguez, | ) | CASE NO. 12-23510/JHW |
| Debtors. | ) | CHAPTER 13 |
| | ) | Hearing Date: 08/21/2012, 10:00 a.m. |

**NOTICE OF MOTION FOR ALTERNATE §341 HEARING**

TO:    ALL PARTIES ON ANNEXED SERVICE LIST

Debtors, Gregory R. Cooke and Alicia Rodriguez, have filed a motion requesting an alternate §341 Hearing.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.**

Hearing scheduled to be held before:

Honorable Judith H. Wizmur
Date: August 21, 2012
Time: **10:00 a.m.**
Place: 4th Floor, United States Courthouse, 1 John F. Gerry Plaza, Camden, NJ

If you do not want the court to allow the alternate 341 hearing, or if you want the court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing, you or your attorney must:

File with the court a written response or answer explaining your position at the U.S. Bankruptcy Court, P.O. Box 2067, Camden, New Jersey 08101-2067.  If you mail your response to the court for filing, you must mail it early enough so that the court will

receive it on or before the date stated above. You must also mail a copy of the same to all parties set forth above.

You must also mail a copy to:

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ  08360

If you file a written objection you must also attend the above hearing on the objection.

Debtors shall rely upon the attached Joint Debtor's Certification in Support of Motion for Alternate 341 Hearing, the arguments of counsel, in the event of opposition, and such other and further proofs as may be adduced at the hearing hereof. A copy of the proposed order is attached hereto.

The moving party believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues of law or fact.

If you do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated: July 24, 2012.

    /s/ Victor Druziako_____
    VICTOR DRUZIAKO
    Attorney for Debtors, Gregory R. Cooke and Alicia Rodriguez