VICTOR DRUZIAKO, ESQUIRE
1841 West Landis Avenue
Vineland, NJ  08360
(856)692-7474
Attorney for Debtors, Gregory R. Cooke and Alicia Rodriguez
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| Gregory R. Cooke and Alicia Rodriguez, | ) | CASE NO. 12-23510/JHW |
| Debtors. | ) | CHAPTER 13 |
| | ) | Hearing Date: 08/21/2012, 10:00 a.m. |

**CERTIFICATION OF JOINT DEBTOR IN SUPPORT OF
MOTION FOR ALTERNATE §341 HEARING**

I, Alicia Rodriguez, of full age, certify as follows:

1. I am the joint debtor in the above Chapter 13 Bankruptcy Case, and am familiar with this case. I am also the wife of debtor, Gregory R. Cooke.

2. My husband and I filed for protection under 11 U.S.C. Chapter 13 on May 25, 2012 due to the fact that we had gotten in over our head with substantial debt that we were unable to sustain or manage.

3. My husband suffered a stroke in October of 2011, and more recently, a seizure in February of this year. I had previously obtained a Complete Durable Power of Attorney for purposes of assisting my husband with his finances and other matters, which power of attorney has not been revoked. See Exhibit "A." Of the two of us, I am the one

who now manages our finances, and am most familiar with the information required by the Trustee and this Court.

4. My husband is only 37 years of age, but is suffering from various medical conditions, including depression and mood disorders related to both his stroke and seizure. His doctor had recently determined that it would be best that he not be subjected to the stress of court proceedings. See Exhibit "B."

5. I would respectfully request that my husband, debtor, Gregory R. Cooke, be allowed to participate in an alternate §341 hearing through me, his attorney-in-fact, or such other means as this Court may deem to be appropriate.

I certify that the foregoing statements made by me are true to the best of my knowledge and information. I am aware that if any of the foregoing is willfully false, I am subject to punishment.

Date: 07/24/2012                     /s/ Alicia Rodriguez.
                                     Joint Debtor, Alicia Rodriguez

2