State of New Jersey
## PRESCRIPTION BLANK

**RAGHURAJ S. TOMAR, M.D.**
INTERNAL MEDICINE
49 SOUTH STATE STREET
VINELAND, NJ 08360

(856) 696-9697
BATCH # MDI-20110208-IM0013934-16

DEA # _____
LIC. # 25MA05775600
NPI # 1467412858

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐    001090
AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

PATIENT: Gregory Cooke
D.O.B.: _____
ADDRESS: _____
DATE: 6/25/12

**Rx**

Mr Cooke is under my care and he may be excused from Court for 6/28/12 as he is suffering from labile mood post Craniotomy.

SUBSTITUTION PERMISSIBLE _____   DO NOT SUBSTITUTE _____
DO NOT REFILL _____
REFILL _____ TIMES
SIGNATURE OF PRESCRIBER

Use separate form for each controlled substance prescription
THEFT, UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM INCLUDING ALTERATIONS OR FORGERY, ARE CRIMES PUNISHABLE BY LAW



EXHIBIT "B"