| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Victor Druziako, Esq.<br>1841 W. Landis Ave.<br>Vineland, NJ  08360<br>(856)692-7474<br>Counsel for Debtors, Gregory R. Cooke and Alicia Rodriguez<br>VD-3263 |

| | |
|---|---|
| In Re: | Case No.:   12-23510 |
| Debtors, Gregory R. Cooke and Alicia Rodriguez | Adv. No.: |
| | Hearing Date:  08/21/2012, 10:00 a.m. |
| | Judge:  JHW |

## ORDER GRANTING APPLICATION FOR ALTERNATE §341 HEARING

The relief set forth on the following pages, numbered two (2) through (2) is

hereby **ORDERED**.

Debtor:           Debtors, Gregory R. Cooke and Alicia Rodriguez
Case No.:         12-23510/JHW
Caption of Order: **ORDER ALLOWING DEBTOR'S ALTERNATE §341 EXAMINATION**

(Page 2)

Upon consideration of Debtors, Debtors, Gregory R. Cooke and Alicia Rodriguez, Application for Alternate §341 Hearing, and any response thereto, and for other good cause, it is hereby

**ORDERED AND DECREED**, that the Motion is **granted,** and that Debtors may proceed with an alternate §341 examination of Debtor, Gregory R. Cooke, to be conducted by power of attorney, telephone conference, written interrogatories, or as the Trustee may require.